JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADSPRING, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PMA MEDIA GROUP, INC., a Utah corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. SACV11-1570 DOC (ANx)<br><br>[PROPOSED] ORDER DISMISSING COMPLAINT WITH PREJUDICE |

Quintana Law Group, APC

THE COURT has considered that Plaintiff Broadspring, Inc. and Defendant PMA Media Group, Inc. entered into a Confidential Settlement Agreement And Mutual Release, and has considered the Stipulation for Entry of Order Dismissing the Complaint With Prejudice, filed concurrently herewith.

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Complaint herein is dismissed with prejudice; and
2. Each party to bear its own costs and attorney fees herein incurred.

Dated: May 8, 2012

*David O. Carter*

Honorable David O. Carter
United States District Court Judge

```
 1 | APPROVED AS TO FORM AND CONTENT:
 2 | DATED: May 4, 2012          GENGA & ASSOCIATES, P.C.
 3 |
 4 |                             By:   /s/ Don C. Moody
 5 |                                   John M. Genga, Esq.
   |                                   Don C. Moody, Esq.
 6 |                                   Attorneys For Plaintiff
 7 |                                   BROADSPRING, INC.
 8 | DATED: May 4, 2012          QUINTANA LAW GROUP
   |                             A Professional Law Corporation
 9 |
10 |
11 |                             By:   /s/ Andres F. Quintana
   |                                   Andres F. Quintana, Esq.
12 |                                   John M. Houkom, Esq.
13 |                                   Attorneys For Defendant
   |                                   PMA MEDIA GROUP, INC.
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |
```

Quintana Law Group, APC

3